IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYVON JAYSON KEITT, | : | Civil No. 3:22-cv-1649 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN J. SAGE, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 28th day of December, 2022, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ Robert D. Mariani
                                                   Robert D. Mariani
                                                   United States District Judge